THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSEPH E. WOODS, Defendant-Appellant.

(No. 54931;

First District—March 29, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TOMMY YARBER (Impleaded), Defendant-Appellant.

(No. 55028;

First District—March 29, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.